UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. SAYLOR,<br><br>        Plaintiff,<br><br>    vs.<br><br>ALLISON, et al.,<br><br>        Defendants. | No. 1:21-cv-01285-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. No. 6.)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO PAY THE $402.00 FILING FEE IN FULL FOR THIS CASE WITHIN THIRTY DAYS<br><br>(Doc. No. 2.)<br><br>**THIRTY-DAY (30) DEADLINE** |

Bryan E. Saylor ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. §1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 27, 2021, findings and recommendations were entered, recommending that plaintiff's motion for leave to proceed *in forma pauperis* be denied and plaintiff be required to pay the $402.00 filing fee in full for this action.  (Doc. No. 6.)  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations.  (*Id.*)  The fourteen-day time period to file objections has expired, and Plaintiff has not filed objections or any other response to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations entered on September 27, 2021 (Doc. No. 6), are adopted in full;
2. Plaintiff's motion for leave to proceed *in forma pauperis*, filed on August 24, 2021 (Doc. No. 2), is denied;
3. Within **thirty (30) days** of the date of service of this order, plaintiff is required to pay the $402.00 filing fee in full for this action; and
4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:     **November 1, 2021**                              /s/ Dale A. Drozd
                                                             UNITED STATES DISTRICT JUDGE